# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CARMEN SIEBLER, as Personal Representative of the Estate of GEORGE SIEBLER, deceased, <br><br> Plaintiff, <br> v. <br><br> PURDUE PHARMA, LP, and PURDUE PHARMA, INC., <br><br> Defendants. | Case No. 1:18-cv-23684 <br><br> DEMAND FOR JURY TRIAL |

## PLAINTIFF'S NOTICE OF FILING PROPOSED SUMMON(ES)

Plaintiff CARMEN SIEBLER, as Personal Representative of the Estate of GEORGE SIEBLER, deceased, hereby gives notice of filing the attached proposed Summonses for Defendants.

DATED: September 24, 2018              Respectfully submitted,

                                                     By:   /s/ Joseph A. Osborne
                                                          Joseph A. Osborne, FL Bar No. 880043
                                                          Counsel for Plaintiff
                                                          josborne@realtoughlawyers.com
                                                          **OSBORNE & FRANCIS, PLLC**
                                                          433 Plaza Real Blvd., Suite 271
                                                          Boca Raton, Florida 33432
                                                          Telephone (561) 293-2600
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on September 24, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this case.

                By:    /s/ Joseph A. Osborne
                         Joseph A. Osborne, FL Bar No. 880043
                         Counsel for Plaintiff
                         josborne@realtoughlawyers.com
                         **OSBORNE & FRANCIS, PLLC**
                         433 Plaza Real Blvd., Suite 271
                         Boca Raton, Florida 33432
                         Telephone (561) 293-2600
                         ***Attorney for Plaintiff***