AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Carmen Siebler as Personal Representative of the Estate of George Siebler<br><br>*Plaintiff(s)*<br>v.<br>Purdue Pharma, LP, Purdue Pharma, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-23684-UU |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PURDUE PHARMA, LP
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph A. Osborne
OSBORNE & FRANCIS, PLLC
433 Plaza Real Blvd., Suite 271
Boca Raton, Florida 33432
Telephone (561) 293-2600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Sep 25, 2018

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Carmen Siebler as Personal Representative of the Estate of George Siebler <br><br> *Plaintiff(s)* <br> v. <br> Purdue Pharma, LP, Purdue Pharma, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  1:18-cv-23684-UU |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PURDUE PHARMA, INC.
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph A. Osborne
OSBORNE & FRANCIS, PLLC
433 Plaza Real Blvd., Suite 271
Boca Raton, Florida 33432
Telephone (561) 293-2600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  Sep 25, 2018

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts